# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 224TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 10, 2015, the cause upon appeal to revise or reverse your judgment between

Argo Group US, Inc., Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd., Appellant

V.

Louis D. Levinson, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company, Appellee

No. 04-14-00606-CV and Tr. Ct. No. 2014-CI-09550

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's Order Denying Temporary Injunction is AFFIRMED and the cause is remanded for further proceedings.**

**It is ORDERED that appellees recover their costs of appeal from appellants.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 19, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00606-CV

**Argo Group US, Inc., Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd.**

**v.**

**Louis D. Levinson, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company**

(NO. 2014-CI-09550 IN 224TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| SUPPLEMENTAL CLERK'S RECORD | $75.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | JULIA MANN |
| MOTION FEE | $15.00 | E-PAID | STEPHEN LECHOLOP |
| MOTION FEE | $10.00 | E-PAID | JULIA MANN |
| MOTION FEE | $10.00 | E-PAID | JULIA MANN |
| MOTION FEE | $10.00 | E-PAID | N/A |
| MOTION FEE | $10.00 | E-PAID | STEPHEN LECHOLOP |
| MOTION FEE | $10.00 | E-PAID | JULIA MANN |
| INDIGENT | $25.00 | PAID | ROSENTHAL PAUERSTEIN |
| FILING | $100.00 | PAID | ROSENTHAL PAUERSTEIN |
| STATEWIDE EFILING FEE | $20.00 | PAID | ROSENTHAL PAUERSTEIN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ROSENTHAL PAUERSTEIN |
| REPORTER'S RECORD | $0.00 | UNKNOWN | |
| CLERK'S RECORD | $201.00 | PAID | |
| REPORTER'S RECORD | $0.00 | UNKNOWN | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 19, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853